UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HORACIO MENDOZA CARMONA,<br>Petitioner,<br>v.<br>TIMOTHY AITKEN, et al.,<br>Respondents. | Case No.  14-cv-05321-JSC<br><br>**ORDER TO SHOW CAUSE** |

Before the Court is Petitioner Jose Horacio Mendoza Carmona's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner alleges that he is in Respondents' custody, that he is entitled to an individualized bond hearing, and that Respondents' failure to provide such a hearing violates his due process rights and the Immigration and Nationality Act section 236, 8 U.S.C. § 1226(c).

The Court having considered the pleadings and documents in this matter, and good cause having been shown by Petitioner pursuant to 28 U.S.C. § 2243, Petitioner's application for an Order to Show Cause is hereby GRANTED.

The Court extends the time for response as follows based on the upcoming holidays.  Respondents shall file a return by January 8, 2015.  Petitioner may file a reply by January 19, 2015.  The matter will be taken under submission upon completion of the briefing.

**IT IS SO ORDERED**.

Dated:  December 19, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge